**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LUIS MUJICA-MARQUEZ,

Petitioner,

v.

ANGELA HOOVER, *et al.*,

Respondents.

No. 4:26-CV-00623

(Chief Judge Brann)

**ORDER**

**APRIL 3, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Mujica-Marquez's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.  The Government **SHALL** provide Mujica-Marquez with an individualized bond hearing at which he may present evidence on or before Friday, May 1, 2026. If such a bond hearing is not provided by that date, the Government shall release Mujica-Marquez on his own recognizance pursuant to 8 U.S.C. § 1226(a); and

3.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge