**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LUIS MUJICA-MARQUEZ, | No. 4:26-CV-00623 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| ANGELA HOOVER, *et al.*, | |
| Respondents. | |

### ORDER

**MAY 27, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Mujica-Marquez's motion to enforce the judgment (Doc. 16) is **GRANTED**;

2. The Government **SHALL** release Mujica-Marquez from custody within 48 hours of the date of this Order;

3. The Government shall not arrest, detain, or otherwise take Mujica-Marquez into custody on the basis of his immigration status for a period of fourteen days following his release from custody; and

4. Should Mujica-Marquez be redetained pursuant to § 1226(a), the Government shall provide him with a bond hearing as soon as

reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge